UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No. CV <u>14-1198-ODW (PLA)</u>                                              Date <u>March 21, 2014</u>

Title: <u>Adela Ynzunza, etc. v. Carolyn w. Colvin, Acting Commissioner of Social Security Administration</u>

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

☐ U.S. DISTRICT JUDGE
**PRESENT:  THE HONORABLE    <u>PAUL L. ABRAMS</u>**
☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  NONE                                                                         NONE

**PROCEEDINGS:        (IN CHAMBERS)**

Pursuant to this Court's Order of February 21, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, <u>i.e.</u>, by March 14, 2014.  To date, the Proof of Service has not been filed with the Court.  Accordingly, **no later than March 28, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing of the Proof of Service on or before March 28, 2014, shall be deemed compliance with this Order to Show Cause.


cc:     Lawrence D. Rohlfing, Esq.
        AUSA - Office of the US Attorney


Initials of Deputy Clerk____ch____