# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADELA YNZUNZA, as heir and representative of THE ESTATE OF BILL YNZUNZA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. CV 14-1198-PLA<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: December 11, 2014

              /s/ Paul L. Abrams
              PAUL L. ABRAMS
              UNITED STATES MAGISTRATE JUDGE